IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00727-RPM-MEH

KYRA McCONNELL,

    Plaintiff,

v.

WELTMAN, WEINBERG & REIS CO., LPA,

    Defendant.

_____

Agreed Order of Dismissal Pursuant to Settlement
_____

Pursuant to the Stipulation to Dismiss Pursuant to Settlement [10], filed on August 3, 2010, it is

ORDERED that this action is dismissed *with* prejudice and without costs to either party.

DATED: August 4th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge